[No. 8987.]

HARRIS v. SANSOM.

*Error to Denver District Court.*   Hon. H. P. BURKE, Judge.

Mr. PHILIP S. VAN CISE, for plaintiff in error.

Mr. FRANK McLAUGHLIN, Mr. NORMAN T. MASON and Mr. EBEN W. MARTIN, for defendant in error.

Opinion *Per Curiam.*

This action involves the disposition of $2,031.00 paid to the clerk of the court by The American Smelting and Refining Company, being the proceeds of a car of ore claimed to have been shipped to it by the defendant in error. The controversy grew out of a contract between the parties, under which it was alleged to have been shipped, etc.

We have given the assignments careful consideration and are of opinion that the record fails to disclose any prejudicial error, for which reason the application for supersedeas will be denied and the judgment affirmed.

*Supersedeas denied; judgment affirmed.*

· Decision *en banc.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE BAILEY not participating.